# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) ) | |
| vs. | ) | Case No. |
| | ) ) ) ) | |
| Defendant(s). | ) | |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for __Emerson Radio Corp__ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   None.

2. Subsidiaries not wholly owned by the corporation:
   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   Grande Holdings, Ltd.

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Brian R. Plegge
Address: Brown & James, P.C.
800 Market Street, 11th Floor
City/State/Zip: St. Louis, MO  63101
Phone: 314-421-3400

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this _5_ Day of _May_, 20_14_.