# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Troy and Sandra Lawless )
)
)
Plaintiff(s), )
) Case No.
vs. )
)
Emerson Radio Corporation, Wal-Mart Stores, )
Inc. and Funai Corporation, Inc. )
Defendant(s). )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Funai Corporation, Inc. hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   Funai Electric Company, Inc.

2. Subsidiaries not wholly owned by the corporation:
   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

Signature (Counsel for Plaintiff/Defendant)
Print Name: Brian R. Plegge
Address: Brown & James, P.C.
800 Market Street, 11th Floor
City/State/Zip: St. Louis, MO   63101
Phone: 314-421-3400

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 5 Day of May, 20 14.